# Scholars Program

**MENU**

## Over $1,000,000 in scholarship funds are awarded to 300+ students annually.

The ACS Scholars Program awards renewable scholarships to undergraduate students from historically underrepresented groups in the chemical sciences, majoring in chemistry-related disciplines, and intending to pursue chemistry-related careers. Selected recipients are awarded up to $5,000* per academic year. To date, over 3,500 students have received funding from the ACS Scholars Program.

*Number of awards and award amounts are determined by school year, demonstrated financial need, and available funding.



## Did You Know?



In an era of phenomenal discoveries in chemical sciences and related fields, our nation is faced with the challenge of producing a generation of diverse scientific leaders who can tackle 21st-century challenges. Underrepresented (UR) students now make up a third of the college-age U.S. citizens, yet they earn about 18% of U.S. chemical science bachelor's degrees and about 11% of chemistry PhDs. Graduation data shows that the current paradigm of moving students from undergraduate to graduate education fails to include many.





Interested in becoming an ACS Scholar?

Returning Applicants (https://webapplications.acs.org/Applications/ACSScholars/index.cfm)

**APPLY (https://www.asap.acs.org/)**



Looking for deadlines and requirements?

**NEW & CURRENT SCHOLARS (/education/acs-scholars/currentrecipients.html)**



Interested in contributing to ACS Scholars Program?

**DONATE (/donate/college-scholarships.html)**



More than **450**

Scholar Alumni have completed a Ph.D. program. Of those, more than **50** have joined university faculty.



Nearly **75%**

of Scholar Alumni working full-time have chemistry-related roles

# Over

**90%**

of ACS Scholars plan to obtain a graduate degree.

# Over 20 years of ACS Scholar success stories from C&EN News

> C&EN Profiles of ACS Scholars (2015) (http://cen.acs.org/acsscholars.html)

> C&EN Profiles of ACS Scholars (2010) (http://pubs.acs.org/cen/acsnews/acsscholars.html)

> Two 3M Internships Inspire One ACS Scholar (/about/makedonation/scholarsprogram/two-3m-internships-inspire-one-acs-scholar.html)

> ACS Scholars Program Made Me a Better Chemist (/about/makedonation/scholarsprogram/acs-scholars-program-made-me-a-better-chemist.html)

> Using Chemistry to Find Cures (/about/makedonation/scholarsprogram/using-chemistry-to-find-cures.html)

> High School in the Bronx to Rhodes Scholar at Cambridge (/about/makedonation/scholarsprogram/from-high-school-in-the-bronx-to-a-rhodes-scholar-at-cambridge.html)

> Influence Will Stay for Rest of Career (/about/makedonation/scholarsprogram/influence-of-the-acs-scholars-program.html)

# What's been happening?

2022 awardees (/content/dam/acsorg/funding/scholarships/acsscholars/2022-acs-scholars-list/2022-acs-scholars.pdf) | 25th Anniversary & 2020 Annual Report (/content/dam/acsorg/funding/scholarships/acsscholars/acs-scholars-25th-anniversary-report-2020.pdf) | ACS Scholars Alumni Survey (/content/dam/acsorg/funding/scholarships/acsscholars/shareabledocuments/20-year-survey-of-acs-scholars.pdf) | 2019 Annual Report (/content/dam/acsorg/funding/scholarships/acsscholars/acs-scholars-2019-annual-report.pdf)

ACS Scholars Internships and Scholarships through SCI (/education/students/college/experienceopp/sci-announcement.html)

# For more information

Email: scholars@acs.org (mailto:scholars@acs.org)

**ACS Scholars Program**
1155 16th Street NW, Washington, D.C. 20036

# Follow Us

(http://twitter.com/ACSScholars) (https://facebook.com/ACSScholarsProgram) (https://www.instagram.com/acs_scholars/)