MENU

‹ Scholars Program (/education/acs-scholars.html)

# Current Recipients

## Congratulations on becoming an ACS Scholar!

Please be sure to bookmark this page, as all deadlines, details related to your scholarship, and frequently asked questions will be posted here. Be sure to follow us on social media to stay in the loop with ACS Scholars happenings.

| Deadlines | – |
|---|---|

| New Scholars | |
|---|---|
| May 15th | Winners Announced |
| May 31st | Questionnaire/ award acceptance due |
| | Department Head Reply Card (DHRC) due |
| | Final confirmation of mailing and new email address due |
| **All Scholars** | |
| December 15th | Senior forms due for December graduates |
| June 15th | Renewal Form due |
| | Senior Form due for Spring graduates |

| Scholarship Check Details | – |
|---|---|

MENU                                                                                        ⌄

## How do I receive my scholarship?

Scholarship checks are issued and mailed directly to your college or university financial aid department.  Scholarships can be used to cover tuition, academic fees, and up to $500 of textbooks only.

## What is covered?

This scholarship is intended to be "last dollar applied".  If there are any excess funds after your tuition and fees have been covered, it must be returned to the American Chemical Society.  Room and board, fraternity or sorority/club fees, gym membership, rent, transportation, and the like are not covered.

## When are scholarship checks sent out?

Unless specifically stated:

- Fall semester checks should arrive in August.
- Spring semester checks should arrive in January.

## What if my school runs on the trimester or quarter system?

The full award amount is communicated to your school even though two checks are sent. Your institution will distribute the funds across the terms accordingly.

## Is it possible to defer payment?

It is possible to defer one or more scholarship checks for a variety of reasons.  Just notify the ACS Scholars office as soon as possible that you will not be enrolled or will not need the funds, so that changes can be made.

## Potential reasons for deferment:

- If you will be away for the semester for a co-op and will not be incurring tuition and fee charges
- If you are having financial difficulties
- If you have personal or health issues
- If you are already receiving sufficient financial aid and/or scholarships and you would like to defer for future semesters

| Rules and Regulations | – |
| --- | --- |

*Note, that these are the rules and regulations that you agreed to when accepting this award. If anything changes that would impact your eligibility for the program, please let us know immediately.*

The American Chemical Society Scholars Program is for African American/Black, Native American/American Indian and Hispanic or Latino undergraduate students pursuing bachelor's degrees in the chemical sciences, and planning careers in the chemical sciences. A chemical science is defined as any discipline centered on chemistry and awarding a degree accordingly (see supplemental information for eligible and ineligible majors and careers).  Double majors are acceptable as long as one of those majors is a chemical science.

1. **Conditions for Acceptance of the Award**:
   a. Each Scholar must be enrolled as a full-time student at an accredited educational institution.
   b. Each Scholar must major in a Chemistry-related discipline.
   c. Each scholar must acknowledge that all information provided in the application (particularly ethnicity, intended major, and intended career goal) is true to the best of their knowledge.
2. **Changing Majors:** If the Scholar changes majors to a non-Chemistry based discipline, they must notify the ACS Scholars Staff and withdraw from the program as soon as possible, or otherwise refund the American Chemical Society all monies provided post-change of major.  All acceptable majors are listed in the supplemental information below.  Majors not listed can be appealed to the ACS Scholars Staff.
3. **Career Path (Goal)**: Scholars are expected to pursue college majors in the chemical sciences and, following graduation from college, pursue career paths in the chemical sciences.
4. **Academic Performance**: Scholars must maintain at least a 3.0 GPA. The Society may waive strict adherence to the 3.0 GPA provided that the student demonstrates very high potential to meet the GPA requirement, there are exceptional circumstances affecting the student's current academic performance, and the student communicates the academic performance issues to ACS Scholars staff.
5. **Determining Financial Need**: Each Scholar is required to complete an annual Renewal Form in the spring to ensure that the financial need criterion is maintained throughout the receipt of the ACS award.
6. **Conditions for University Transfer**: Transferring a scholarship to another institution is permissible AT THE BEGINNING OF AN ACADEMIC YEAR. The Scholar must notify the American Chemical Society of the intent to transfer, provide evidence of good academic standing, and submit proof of admission to the institution to be entered. Transfers may be permitted at other times at the sole discretion of the Program Manager under special

**MENU** ▾

circumstances, provided that a written request is received 30 days before the start of the semester or quarter.

7. **Interruption of Studies and/or co-ops**: It is the Scholar's responsibility to notify the American Chemical Society if enrollment is interrupted or delayed because of co-ops/internships, illness, accident, or other extenuating circumstances. Reinstatement of the award will be considered at the sole discretion of the Program Manager.

8. **Provision of Current and Accurate Information**: Each Scholar must keep all contact information up-to-date. This information is not disclosed to anyone who is not authorized to see this data. The information is used by the Program Manager's office to contact Scholars concerning items of interest such as potential attendance at science meetings, and official scholarship communications.

9. **Retention/Disclosure**: Academic and personal information submitted by the Scholar will remain in the files of the Program Manager during the period that the scholarship is in effect and will be retained for one year thereafter. All records are confidential and are available for reference only by the American Chemical Society.

10. **One-time Requirements**:
    a. Fill out and sign the online Scholars Questionnaire
    b. Submit a headshot and a quick note explaining what it means to be a Scholar
    c. Make personal contact with your department chair and submit a form to verify the visit (this will be mailed to you after the start of the semester)

11. **Recurring Requirements**:
    a. Unofficial transcripts are due at the end of each fall semester
    b. Renewal Requirements:
        a. Completion of an online form each spring semester
        b. Official transcripts are due at the end of each spring semester
        c. Student Aid Report (SAR)
    c. Any changes to mailing address, phone number, or email address must be communicated as soon as possible via email to scholars@acs.org (mailto:scholars@acs.org)
    d. Be responsive: If the ACS Scholars Staff contacts you regarding time-sensitive matters, please respond promptly

*The student hereby acknowledges that the program funding is for undergraduate students pursuing bachelor's degrees in the chemical sciences, and planning careers in the chemical sciences. The student agrees to refund to the American Chemical Society all monies provided to him or her through this program if he or she fails to inform the American Chemical Society in a timely manner of a change in major or career path to one other than in the chemical sciences.*

*Your digital signature on the online questionnaire confirms that you agree to abide by these rules and regulations as an ACS Scholar.*

**Supplemental Information**
MENU

| Eligible Career Paths | Ineligible Majors | Ineligible Careers |
|---|---|---|
| Chemistry | Biology | Medical Doctor* |
| Biochemistry | Mathematics | Nurse |
| Chemical Engineering | Physics | Dentist |
| Environmental or Materials Engineering | Engineering disciplines other than eligible ones previously mentioned | Veterinarian |
| Forensic Chemistry | Pre-med | Pharmacist |
| Toxicology | Pre-dentistry | Medical or Dental Assistant |
| Academia (college or university professor, high school teacher, etc) | Pre-Pharmacy | Therapist |
| Science Journalist | | Medical Technician |
| Chemical Industry Patent Lawyer | | |

*Except for MD/PhD verified by professor or advisor

| Resources | – |
|---|---|

Interested in additional opportunities or resources? Keep an eye on your email for announcements throughout the year.  For some of the recurring, ACS-sponsored events, opportunities, and resources, please visit the links below.

- All Undergraduate Student Resources (/education/students/college.html)
- ACS Scholarships & Fellowships (/funding/scholarships-fellowships.html)
- Grants for Students (/funding/students.html.html)
- Internships & Co-ops (/education/students/college/experienceopp.html)
- Undergraduate Research (/education/students/college/research.html)
- Planning for Graduate School (/education/students/graduate/gradschool.html)

**MENU**                                                                                    ⌄

- Getting a Job in Chemistry – Careers & the Chemical Sciences (/careers/chemical-sciences.html)
- ACS Student Chapters (/education/students/college/studentaffiliates.html)

---

| Renewal Form | − |
|---|---|

Scholars that are continuing their education in the Fall are required to complete the renewal form. Completion of the renewal form and submission of your required documents ensures that you are in good standing with the ACS Scholars Program. The documents that are required for submission are:

- Official Transcript - **due June 15th**
- Renewal Form - **due April 30th**

*If on quarter or trimester system, send official transcript by deadline*

---

| Senior Form | − |
|---|---|

Scholars that are scheduled to graduate in the next two months are required to complete the senior form. The purpose of this form is to obtain information on your career plans. The data collected from our graduating ACS Scholars is vitally important to the continued administrative and financial support for this program. All information is considered confidential, is for internal use only, and is not shared with any other entities or organizations without your expressed permission. The deadline and submittal of required documents are:

- Senior forms - **due April 30th**
- Unofficial Transcript when finalized

# Frequently Asked Questions:

⌄

How long can I be in the ACS Scholars Program?

The ACS Scholars award is renewable as long as you remain in good standing with the
**MENU** program. You can receive scholarships for 10 semesters total and stay in the program for
a total of up to 7 years. Beyond 7 years, you must re-apply for the program.

> **Is it possible to defer my scholarship check?**

> **When do I receive my scholarship check?**

> **What all is covered?**

> **What if I need to take a semester off?**

⌄ **What about ACS Student Membership?**

- First year ACS Scholars receive one free year of student membership. If you are already a
  member, you will either receive a refund or it will be applied when your current membership
  expires. Expect to receive an email and mailed membership welcome package between
  January and February.
- You are NOT required to maintain ACS Student Membership to be a part of the ACS
  Scholars Program.
- Membership benefits can be found in the membership handbook (/membership-and-
  networks/member-handbook.html).

> **Can I use the scholarship to cover summer coursework?**

> **What is the required GPA?**

> **What is the academic review process?**

MENU                                                                          ⌄

# For more information

Email: scholars@acs.org (mailto:scholars@acs.org)

**ACS Scholars Program**
1155 16th Street NW, Washington, D.C. 20036

# Follow Us

(http://www.facebook.com/ACSScholarsProgram)